York Life Insurance Company. *Solicitor General Thacher* and *Mr. Claude R. Branch* for Bowers.

No. 890. Go-Bart Importing Co. et al. *v.* United States. June 2, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Charles Dickerman Williams* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, Mahlon D. Kiefer,* and *W. Marvin Smith* for the United States.

No. 896. United States *v.* Felt & Tarrant Mfg. Co. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Messrs. Thomas G. Haight, Robert H. Montgomery,* and *J. Marvin Haynes* for respondent.

No. 905. First National Bank of Chicago *v.* United States. June 2, 1930. Petition for writ of certiorari to the Court of Claims granted. *Mr. Harold V. Amberg* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg, Messrs. Claude R. Branch, George H. Foster,* and *Paul D. Miller* for the United States.